UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 09-173 |
| RONNIE DANIELS | SECTION I |

### ORDER

Considering the government's rule to revoke supervised release,[1]

**IT IS ORDERED** that defendant Ronnie Daniels appear before this Court on **WEDNESDAY, MARCH 4, 2020 at 2:00 P.M.** to show cause why his term of supervised release should not be revoked.

New Orleans, Louisiana, February 6, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 40.