UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 09-173 |
| VERSUS | SECTION "I" |
| RONNIE DANIELS | |

### NOTICE OF HEARING TO REVOKE SUPERVISED RELEASE

Take Notice that this criminal case has been set for **REVOCATION HEARING on WEDNESDAY, MARCH 4, 2020 AT 2:00 P.M.**, before Judge Lance M. Africk, 500 Poydras Street, Courtroom C-427, New Orleans, LA 70130.

**IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   February 6, 2020 | CAROL MICHEL, CLERK |
| TO: | Issued by: Bridget Gregory, Deputy Clerk |
| Ronnie Daniels   **(CUSTODY)** | AUSA:   David E. Haller |
| AFPD, Jerrod E. Thompson-Hicks | U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit |
| **If you change address,<br>notify clerk of court<br>by phone, 589-7752** | **JUDGE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER: **NONE** |